IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEGENDARY ART, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL GODARD, et al. | : | NO. 11-0674 |

## ORDER

AND NOW, this 17th day of August, 2012, having considered Defendants Michael Godard, Michael Godard Fine Art Enterprises, Inc., Michael Godard Fine Art Associates, and Michael Godard LLC's Motion to Exclude Expert Testimony (Doc. 37), Plaintiff Legendary Art, LLC's Response in Opposition thereto (Doc. 43), Defendants' Reply (Doc. 46), Plaintiff's Sur-reply (Doc. 48), and arguments presented by the parties during the hearing on July 27, 2012, for the reasons stated in the accompanying Memorandum, Defendants' motion is **GRANTED** and that the expert testimony of John Allen Slocumb as reflected in his Report dated February 8, 2012 shall be excluded at trial.

/s/ L. Felipe Restrepo
Hon. L. Felipe Restrepo
United States Magistrate Judge